UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF VIRGINIA

Sevier et. al.

v.

Mueller et. al

1:18-cv-550

Judge Brinkema

## NOTICE OF HEARING

Now comes Plaintiff Sevier seeking a hearing or providing notice of hearing on the Motion to set aside and, Motion for a preliminary injunction, and Motion to return the filing fee on May 25, 2018 at 10:00 A.M. ~~If possible the Plaintiffs seek an ex parte hearing on May 28, 2018~~

s/Chris Sevier/ CLS

9 Music Square South
615-500-4411
Nashville TN 37203

## CERTIFICATE OF SERVICE

A copy of this Motion was sent with adequate postage to the Defendants at 950 Pennsylvania Ave NW Washington DC 20530 and 935 Pennsylvania Ave NW Washington DC 20535

/s/Chris Sevier/

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____ DIVISION

_Chris Sevier et. al_
Plaintiff(s),

v.

_Mueller et. al_
Defendant(s).

Civil Action Number: _1:18-cv-550_

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of _NOTICE OF HEARING_ .
(Title of Document)

_Chris Sevier_
Name of *Pro Se* Party (Print or Type)

_[signature]_
Signature of *Pro Se* Party

Executed on: _May 17, 2018_ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____ .
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)